# ELECTRONIC RECORD

164-15

COA #14-13-01128-CR

OFFENSE: Poss of a Firearm by Felon

STYLE: Ezekiel Joshua Hall v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 228th District Court

DATE: January 22, 2015   Publish: No

TC CASE #:1396361

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ezekiel Joshua Hall v The State of Texas

CCA # _____

_____ *APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ refused _____

DATE: April 15, 2015

JUDGE: PC

CCA Disposition: 164-15

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD